IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| TONYA CHRISTIAN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | No. 3:19-cv-00133 |
| v. | ) | JUDGE RICHARDSON |
| | ) | |
| SHONDA REYNOLDS-CHRISTIAN, et al., | ) | |
| Defendants. | ) | |

# ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Doc. No. 17), recommending that the Motion to Dismiss filed by Arlene Middaugh, Kassie Davis, and the Court Appointed Special Advocates of Rutherford Country ("CASA") (collectively, "Defendants") (Doc. No. 10) be granted.[1] No Objections to the Report and Recommendation have been filed.

The failure to object to a report and recommendation releases the Court from its duty to independently review the matter. *Frias v. Frias*, No. 2:18-cv-00076, 2019 WL 549506, at * 2 (M.D. Tenn. Feb. 12, 2019); *Hart v. Bee Property Mgmt.*, Case No. 18-cv-11851, 2019 WL 1242372, at * 1 (E.D. Mich. March 18, 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985). The district court is not required to review, under a *de novo* or any other standard, those aspects of the report and recommendation to which no objection is made. *Ashraf v. Adventist Health System/Sunbelt, Inc.*, 322 F. Supp. 3d 879, 881 (W.D. Tenn. 2018); *Benson v. Walden Security*,

---

[1] As stated in the Report and Recommendation, CASA is not named as a defendant in this lawsuit; however, counsel for the two CASA workers, Middaugh and Davis, has appeared on behalf of CASA as well as the workers, and includes CASA in the arguments made in their Motion to Dismiss. (Doc. No. 17 at 2 n.1).

Case No. 3:18-cv-0010, 2018 WL 6322332, at * 3 (M.D. Tenn. Dec. 4, 2018). The district court should adopt the magistrate judge's findings and rulings to which no specific objection is filed. *Id.*

The Court has reviewed the Report and Recommendation and relevant portions of the file. The Report and Recommendation is **ADOPTED and APPROVED**.

Accordingly, Defendants' Motion to Dismiss (Doc. No. 10) is **GRANTED**, and Plaintiff's claims against Defendants Middaugh and Davis are **DISMISSED** with prejudice.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE