IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TONYA CHRISTIAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:19-cv-00133 |
| v. ) | JUDGE RICHARDSON |
| ) | |
| SHONDA REYNOLDS-CHRISTIAN, et ) | |
| al., ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Doc. No. 18), recommending that the Motion to Dismiss filed by Defendants Chelsea Wade and Caitlyn Febles (the "DCS Defendants") (Doc. No. 15) be granted. No Objections to the Report and Recommendation have been filed.

The failure to object to a report and recommendation releases the Court from its duty to independently review the matter. *Frias v. Frias*, No. 2:18-cv-00076, 2019 WL 549506, at * 2 (M.D. Tenn. Feb. 12, 2019); *Hart v. Bee Property Mgmt.*, Case No. 18-cv-11851, 2019 WL 1242372, at * 1 (E.D. Mich. March 18, 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985). The district court is not required to review, under a *de novo* or any other standard, those aspects of the report and recommendation to which no objection is made. *Ashraf v. Adventist Health System/Sunbelt, Inc.*, 322 F. Supp. 3d 879, 881 (W.D. Tenn. 2018); *Benson v. Walden Security*, Case No. 3:18-cv-0010, 2018 WL 6322332, at * 3 (M.D. Tenn. Dec. 4, 2018). The district court should adopt the magistrate judge's findings and rulings to which no specific objection is filed. *Id.*

The Court has reviewed the Report and Recommendation and the file. Plaintiff failed not only to object to the Report and Recommendation, but also to file any opposition to the pending

Motion to Dismiss to begin with. The Report and Recommendation is adopted and approved for this reason, and also because the reasoning and conclusions set forth in the Report and Recommendation are sound.

Accordingly, Defendants' Motion to Dismiss (Doc. No. 15) is **GRANTED**, and Plaintiff's claims against Defendants Wade and Febles are **DISMISSED** with prejudice. The Clerk is directed to close the file. This Order constitutes the final judgment in this case for purposes of Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE